UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                        Plaintiff/Counter-
                        Defendant,

        -v-

GUILD HALL OF EAST HAMPTON, INC.,

                        Defendant/Counter-
                        Claimant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, July 22, 2024, the Court held a telephonic discovery conference (the "Conference") to discuss issues raised by Plaintiff Applied Minds, LLC ("Applied Minds") and Third Party MAASS, LLC ("MAASS") regarding a subpoena Applied Minds issued to MAASS on May 24, 2024.  As discussed at the Conference:

1.  Applied Minds shall promptly, and in any event before July 30, 2024, provide MAASS a set of search terms, which MAASS shall then apply to the email accounts of the following custodians, within the following timeframe (the "Search"):

    a.  Custodians: (i) Jonathan Maass; (ii) Pamela Torres.

    b.  Date Range: January 1, 2021 – July 19, 2022 (the "Date Range").

2.  MAASS shall conduct a reasonable search of and produce documents from its "Project File" for the Guild Hall theatre project (see ECF No. 1 ¶¶ 21, 23, 28-40) that were created or dated within the Date Range.

2

3.  A follow-up telephone conference to discuss the Search is scheduled for **Tuesday,**

   **July 30, 2024 at 5:30 p.m.** on the Court's conference line.  The parties are directed to

   call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

Dated:       New York, New York
             July 22, 2024

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**