UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                        Plaintiff/Counter-Defendant,

   -v-

GUILD HALL OF EAST HAMPTON, INC.,

                        Defendant/Counter-Claimant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On Friday, August 9, 2024, the Court held a telephonic discovery conference (the "Conference") to discuss the discovery schedule in this action and the requests of Defendant Guild Hall of East Hampton, Inc. ("Guild Hall") for an order compelling Plaintiff Applied Minds, LLC ("Applied Minds") to:

1. Produce in response to its Requests for Production ("RFP"): (a) financial statements and tax returns (the "Revenue Documents") for the years Applied Minds was contracted to participate in the John Drew Theatre restoration project (the "Theatre Project"); (b) payroll documents (the "Payroll Documents") for 28 individuals employed by or otherwise contractually associated with Applied Minds and who worked on the Theatre Project (the "28 Timekeepers"); and (c) documents demonstrating Applied Minds' involvement on projects similar to the Theatre Project.

2. Amend its responses to Guild Hall's Interrogatories 7, 17, 18, 20, and 21.

As discussed at the Conference:

1. The fact discovery deadline is EXTENDED to **November 8, 2024**, and shall proceed as follows:

    a. By **Friday, September 6, 2024**, the parties shall distribute notices of depositions.

    b. By **Friday, September 13, 2024**, the parties shall serve any subpoenas upon non-parties.

    c. By **Monday, September 16, 2024**, the parties shall exchange all requests to admit.

    d. By **Friday, November 1, 2024**, the parties shall complete any party depositions.

    e. By **Friday, November 8, 2024**, the parties shall complete any non-party depositions.

2. By **Friday, August 16, 2024**, Applied Minds shall comply with the following rulings as to Guild Hall's objections:

    a. As to RFP 5 and 6, Guild Hall's request to require Applied Minds to produce the Revenue Documents is DENIED. Instead, Applied Minds shall produce documents sufficient to show the data or inputs it used to calculate the percentage of Applied Minds' annual revenues that the Theatre Project constituted.

    b. As to RFP 7 and 8, Guild Hall's request to require Applied Minds to produce the Payroll Documents is DENIED. Instead, Applied Minds shall produce

2

      documents sufficient to show the titles and roles played by each of the 28 Timekeepers.

    c. As to RFP 12 and 13, Applied Minds shall provide a list of other theatre restoration projects for which it submitted a response to a request for proposal and/or completed the project, including in the list the year(s) and location(s) of those projects.

    d. As discussed at the Conference, Guild Hall's objections to Applied Minds' responses to Interrogatories 7, 8, 17, and 18 are deemed RESOLVED by the Court's rulings as to the RFPs.

    e. As to Interrogatories 20 and 21, Guild Hall's request to compel a revised response is GRANTED IN PART to the extent that Applied Minds shall notify Guild Hall which of the 28 Timekeepers and/or individuals listed in its initial Rule 26 disclosures it is representing for the purposes of this litigation.

3. A follow-up telephone conference is scheduled for **Thursday, September 12, 2024 at 11:00 a.m.** (the "Sept. 12 Conference") on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. By **Monday, September 9, 2024**, the parties shall meet and confer and file a joint letter with a proposed schedule for expert discovery and describing any issues ripe for discussion at the Sept. 12 Conference.

The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **August 13, 2024**, and shall select the "7 Day" option for service.

3

Dated:       New York, New York
                August 12, 2024

                                        SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

4