UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-against-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2024
```

24 Civ. 1465 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Because this case has been referred to Judge Cave for general pretrial supervision, *see* ECF No. 33, the case management conference before this Court scheduled for September 17, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: September 11, 2024
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge