UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                    Plaintiff/Counter-Defendant,

  -v-

GUILD HALL OF EAST HAMPTON, INC.,

                    Defendant/Counter-Claimant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Applied Minds, LLC's Motion to Redact Transcript (ECF No. 63) and Defendant Guild Hall of East Hampton's Letter-Opposition (ECF No. 64). The parties shall be prepared to discuss Plaintiff's request at the conference scheduled for **Thursday, September 26, 2024**.

Dated:    New York, New York
            September 13, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge