UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit by November 6, 2024 "a joint letter [] regarding the status of settlement discussions and whether they would like to reschedule the telephonic status conference originally scheduled for Thursday, September 26, 2024" (ECF No. 73) but have failed to do so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to **Friday, November 8, 2024.**

Dated:    New York, New York
            November 7, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**