UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-                              CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 77, which states that settlement negotiations have been unsuccessful and requests that the Court reschedule the telephonic status conference (the "Conference") originally set for Thursday, September 26, 2024. (ECF No. 77). The parties' request is GRANTED, and the Conference is RESCHEDULED to **Tuesday, November 26, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
              November 14, 2024

                                                        SO ORDERED.

                                                         **SARAH L. CAVE**
                                                         **United States Magistrate Judge**