UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

  -v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter at ECF No. 79, which requests (1) adjournment of the telephonic status conference (the "Conference") set for Tuesday, November 26, 2024 and (2) permission to submit seven-page pre-Conference letters and responses. (ECF No. 79). The parties' request is GRANTED IN PART and DENIED IN PART, as follows:

1. The Conference is ADJOURNED to **Tuesday, December 17, 2024 at 11:00 a.m.** and will take place on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 636-345-761#, at the scheduled time.

2. By **Tuesday, December 3, 2024**, Plaintiff shall submit a pre-Conference letter no longer than four pages identifying any ongoing discovery disputes and the relief it seeks. By **Tuesday, December 10, 2024**, Defendant shall submit a pre-Conference letter subject to the same requirements. No oppositions or replies will be permitted.

Dated:      New York, New York
              November 20, 2024

                                            SO ORDERED.

2

_____
SARAH L. CAVE
United States Magistrate Judge

2