UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                              **ORDER**

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of (1) Applied Minds' Letter (ECF No. 83) requesting an alteration of the pre-conference submission schedule for the Discovery Conference scheduled for Wednesday, December 18, 2024 (the "Conference"), and (2) Guild Hall's Letter-Opposition to that request (ECF No. 84). Arguing that it will be prejudiced by the inability to oppose the points raised in Guild Hall's pre-conference letter, Applied Minds asks the Court to either require the parties to file their pre-conference letters on the same date or to permit opposition briefing. (ECF No. 83). Guild Hall notes that the parties have already met and conferred about the issues to be briefed, meaning Applied Minds is aware of and can oppose Guild Hall's position in its letter. (ECF No. 84 at 1). Guild Hall also correctly adds that the Court will hear argument regarding the parties' positions at the Conference. (Id. at 2). Applied Minds' request to alter the pre-conference submission schedule is therefore DENIED, and the submission schedule set forth in the Court's November 20, 2024 Order (ECF No. 80) remains in effect.

Dated:      New York, New York
            November 26, 2024

                                        SO ORDERED.

2

**SARAH L. CAVE**
**United States Magistrate Judge**