UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                    Plaintiff/Counter-Defendant,

  -v-

GUILD HALL OF EAST HAMPTON, INC.,

                    Defendant/Counter-Claimant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Today, Wednesday, December 18, 2024, the Court held a telephonic discovery conference (the "Conference") to discuss (1) the disputes raised by the parties in the letters at ECF Nos. 86 and 87; (2) the discovery schedule in this action; and (3) Plaintiff Applied Minds, LLC's ("AM") Motion to Redact the transcript of the telephonic conference held on August 9, 2024 (the "Aug. 9 Conference") (see ECF No. 63). With respect to these issues, the Court orders as follows:

1. AM's request for a finding that Defendant Guild Hall ("GH") waived its privilege as to documents it previously produced is DENIED. AM may review any document not identified in the privilege log GH provided on December 4, 2024.

2. By **December 30, 2024**, counsel for AM shall:

    a. Consult its client about:

        i. Explanatory information—whether in the form of a document or anticipated witness deposition testimony—concerning the formulas appearing in Cells C12, C13, and C14 on the "Summary" tab of the excel spreadsheet bates-numbered APPLIEDMINDS_00000019.

      ii. The architectural and audio files GH represents that it has been unable to access. AM shall work with GH in an effort to schedule a call with GH or its e-discovery vendor regarding means to access these files. AM shall not be required to reformat these files, as it has represented that it produced them in the format in which they are kept in the regular course of business.

  b. Provide GH a privilege log as to all of the documents it has produced to date.

  c. File a proposed redacted transcript of the Aug. 9 Conference with a cover letter explaining its proposed redactions.

3. A follow-up telephone conference is scheduled for **Thursday, January 9, 2025 at 12:30 p.m.** (the "Jan. 9 Conference") on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 165-664-320#, at the scheduled time.

4. By **5:00 p.m. on Tuesday, January 7, 2025**, the parties shall meet and confer and file a joint letter with a proposed schedule for fact discovery and describing any issues about which they have met and conferred and are ripe for discussion at the Jan. 9 Conference.

The parties shall order a transcript of the Conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **Friday, December 20, 2024**, and shall select the "7 Day" option for service.

The Clerk of Court is respectfully directed to close ECF No. 63.

Dated:      New York, New York
                December 18, 2024

3

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]