UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-                               CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,         **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

At a telephonic conference held on Wednesday, December 18, 2024, the Court granted Plaintiff Applied Minds, LLC's ("AM") Motion to Redact the transcript of the telephonic conference held on August 9, 2024 and directed AM to file a "proposed redacted transcript of Aug. 9 Conference with a cover letter explaining its proposed redactions." (ECF No. 88). AM has now filed its letter and a proposed redacted transcript. (See ECF Nos. 89; 89-1 (the "Proposed Transcript")).

The Clerk of Court is respectfully directed to (1) docket and make available to the public the Proposed Transcript and (2) ensure that the transcript at ECF No. 57 remains accessible only to case participants.

Dated:      New York, New York
             December 23, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**