UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

  -v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The United States District Court for the Southern District of New York will be closed on Thursday, January 9, 2025, in observance of a National Day of Mourning to honor the memory of James Earl Carter, Jr., the thirty-ninth President of the United States. Accordingly, the telephonic status conference scheduled for that date (the "Conference") is ADJOURNED to **Friday, January 10, 2025 at 2:30 p.m.** The parties' January 7, 2025 deadline to file a joint letter with a proposed schedule for fact discovery and advising the Court as to any discovery disputes remains in effect. (See ECF No. 88). The parties are directed to call: (646) 453-4442; access code: 165-664-320#, at the scheduled time.

Dated:    New York, New York
            January 3, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge