UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, January 29, 2025, the Court orders as follows:

1. The fact discovery deadline is EXTENDED to **Friday, May 30, 2025.** By **Friday, June 7, 2025,** the parties shall file a joint letter certifying the completion of fact discovery.

2. By **Friday, February 14, 2025,** Guild Hall shall provide Applied Minds with an updated privilege log containing the subject lines of any email communications, to the extent those communications possess such information.

3. A follow-up telephonic status conference is scheduled for **Friday, March 7, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform (the "Mar. 7 Conference"). The parties are directed to call: (646) 453-4442; access code: 981-906-726#, at the scheduled time. By **Monday, March 3, 2025**, the parties shall file a joint letter identifying any discovery disputes about which they have met and conferred and are ripe for consideration at the Mar. 7 Conference.

Dated:       New York, New York
               January 29, 2025

SO ORDERED.

*[Signature]*

SARAH L. CAVE
**United States Magistrate Judge**

2