UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephonic conference scheduled for Friday, March 7, 2025, is RESCHEDULED to **Thursday, March 6, 2025 at 2:15 p.m.**  The parties' Monday, March 3, 2025 deadline to submit a pre-conference letter in line with the Court's January 29, 2025 Order (see ECF No. 99) remains in effect.  The parties are reminded to call:  (646) 453-4442; access code: 981-906-726#, at the scheduled time.

Dated:      New York, New York
              February 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**