UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

    -v-                                            CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                    **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint letter dated March 3, 2025. (ECF No. 101 (the "Joint Letter")). In the Joint Letter, the parties state that they must meet and confer as to Guild Hall's anticipated motion for leave to amend its Counterclaim and Answer and therefore request that the telephonic status conference scheduled for Thursday, March 6, 2025 (the "Conference") be adjourned. (Id. at 1–2). The parties' request is GRANTED, and the Conference is ADJOURNED to **Thursday, March 13, 2025 at 3:30 p.m.** The parties are reminded to call: (646) 453-4442; access code: 981-906-726#, at the scheduled time.

Dated:     New York, New York
            March 3, 2025

                                                    SO ORDERED.

                                                    SARAH L. CAVE
                                                   United States Magistrate Judge