UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APPLIED MINDS, LLC, <br><br> Plaintiff, <br><br> -v- <br><br> GUILD HALL OF EAST HAMPTON, INC., <br><br> Defendant. | CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

At a telephonic status conference held today, March 13, 2025, the Court and parties discussed: (1) Guild Hall's anticipated submission of an Amended Counterclaim and Answer (the "ACA"), and (2) Applied Minds' anticipated filing a Motion to Dismiss the ACA (the "MTD"). Applied Minds represented that it would not oppose the ACA, and the parties stated that they had agreed to a deadline for Applied Minds to answer the ACA or, in the alternative, a briefing schedule for the MTD (the "Stipulation"). By **Friday, March 21, 2025**, the parties shall memorialize and file the Stipulation on the docket. After receiving Applied Minds' answer or MTD, the Court will schedule a follow-up status conference with the parties.

Dated:   New York, New York
         March 13, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge