UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

   -v-                                      CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,              **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Applied Minds, LLC's Letter-Motion for a Rule 37.2 Conference (ECF No. 108 (the "Letter-Motion")) and Guild Hall of East Hampton, Inc.'s Letter-Response (ECF No. 109). The Letter-Motion is GRANTED, and a telephonic discovery conference is scheduled for **Friday, April 11, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 200-233-208# at the scheduled time and shall be prepared to discuss the issues identified in the Letter-Motion.

The Clerk of Court is respectfully directed to close ECF No. 108.

Dated:     New York, New York
            March 28, 2025

                                                                    SO ORDERED.

                                                                  **SARAH L. CAVE**
                                                                  **United States Magistrate Judge**