UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At a telephonic discovery conference held today, April 11, 2025 (the "Conference"), the Court and parties discussed Applied Minds' request to quash subpoenas Guild Hall issued to several of Applied Minds' clients. (See ECF Nos. 108, 109, 112). The Court will issue a written decision as to this dispute. In the interim, the parties are directed to order a transcript of the Conference and file it on the docket. The parties shall submit a single request to etranscripts@nysd.uscourts.gov by Monday, April 14, 2025, and shall select the "3 Day" option for service.

Dated:    New York, New York
            April 11, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**