UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic discovery conference held yesterday, July 17, 2025 (the "Conference"), the Court GRANTS Defendant's request to take the deposition of fact witness Chris Romero, limited to three hours and to be completed by **Friday, August 29, 2025**, and DENIES Defendant's request to take the deposition of Dan Abrutyn. (See ECF Nos. 127; 129).

The parties shall request a copy of the transcript of the Conference by **Monday, July 21, 2025.**

Dated:       New York, New York
                July 18, 2025

                                                        SO ORDERED.

                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**