UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                            Plaintiff,

        -v-                                              CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                                    **ORDER**

                            Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the Court's Order adopting the Report and Recommendation on Defendant's motion to dismiss the amended counterclaims (Dkt. No. 140), the parties are ORDERED to meet and confer and file a joint letter by **Monday, March 30, 2026** indicating whether the parties wish to participate in a settlement conference before the undersigned or whether they intend to proceed with briefing motions for summary judgment, in which case they shall file a pre-motion letter in accordance with the individual practices of the Honorable Analisa Torres.

Dated:      New York, New York
            March 23, 2026

                            SO ORDERED.

                            _____
                            SARAH L. CAVE
                            **United States Magistrate Judge**