UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

    -v-

GUILD HALL OF EAST HAMPTON, INC.,

                Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Defendant's letter at Dkt. No. 142 informing the Court that the parties wish to proceed with expert discovery.  Accordingly, by **Friday, April 3, 2026,** the parties are ORDERED to meet and confer and file a joint letter (1) indicating whether the parties wish to participate in a settlement conference before the undersigned, and (2) proposing an expert discovery schedule.  The Court's prior Order setting a deadline for a joint status letter (Dkt. No. 141) is VACATED.

Dated:      New York, New York
           March 27, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**