UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                Plaintiff,

    -v-                                  CIVIL ACTION NO. 24 Civ. 1465 (AT) (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' letter indicating that they wish to participate in a settlement conference before the undersigned.  (Dkt. No. 144).  Accordingly, telephone conference to schedule a settlement conference is scheduled for **Wednesday, April 22, 2026 at 4:15 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated:      New York, New York
             March 30, 2026

                                  SO ORDERED.

                                  **SARAH L. CAVE**
                                **United States Magistrate Judge**