UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

                    Plaintiff,

        -v-                                                CIVIL ACTION NO. 24 Civ. 1465 (SLC)

GUILD HALL OF EAST HAMPTON, INC.,                          **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the telephone conference held on June 1, 2026, on or before **June 15, 2026**,

the parties shall file a joint status letter updating the Court on the status of finalizing their

settlement agreement.

Dated:      New York, New York
            June 1, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**