UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS, LLC,

Plaintiff,

-v-

GUILD HALL OF EAST HAMPTON, INC.,

Defendant.

CIVIL ACTION NO. 24 Civ. 1465 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a settlement conference on May 19, 2026, at which the parties reached a settlement in principle. (Dkt. No. 152). On June 1, 2026, The Court held a telephone conference (the "June 1, 2026 Conference") to follow-up on the parties' settlement agreement. (Dkt. No. 153). The Court ordered the parties, by June 15, 2026, to submit a joint status letter updating the Court on the status of finalizing their settlement agreement. (Id.). To date, the parties have not filed the required joint status letter.

As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file a joint status letter updating the Court as to the status of finalizing their settlement agreement to **July 13, 2026**.

Dated: New York, New York
July 6, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**