UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED MINDS LLC,

Plaintiff,

-v-

GUILD HALL OF EAST HAMPTON, INC.,

Defendant.

CIVIL ACTION NO.: 24 Civ. 1465 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court having been advised (Dkt. No. 159) that all claims asserted in this action have settled and settlement having been consummated, it is **ORDERED** that the above-entitled action be and is hereby dismissed with prejudice and discontinued without costs, but without prejudice to the right to move to reopen the action within thirty days of the date of this Order.

To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions are moot. All conferences are vacated.

Dated: New York, New York
October 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**